In the Matter of the Judicial Settlement of the Accounts of BURT JACKSON, as Executor, etc., of FRANK JACKSON, Deceased.  BURT JACKSON, as Executor, etc., and as Legatee, etc., Appellant; CAROLINE JACKSON, Respondent.— Decree

affirmed, with costs. All concur, Davis, J., upon the ground that the reasonable value to the estate of the services of the attorneys for which claim is made was $800, substantially as found by the surrogate, except Hubbs and Sears, JJ., who dissent upon the ground that the surrogate had no authority to make a decree dividing the amount of the attorneys' fees which he allowed, charging a part against the executor personally and the balance against the estate.

